FILED

Name: Aaren Williams Striplin - John Edgar Hoover - Barron William Trump - High Priest Tiffany Ariana Trump - Help meet Ivanka Trump - Sony Best Sounds - Sony Records

Address: 1 S. Main Street Ste 300-180

Las Vegas, NV. 89101

Phone: 415-553-7400

Fax: _____

In Pro Per Aaren Williams Striplin

2021 JUL 13 PM 4:11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: RO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Aaren Williams Striplin - John Edgar Hoover - Barron William Trump - High Priest Tiffany Ariana Trump - Help meet Ivanka Trump - Sony Best Sounds - Sony Records
1 S. Main Street Ste 300-180
Las Vegas, NV. 89101
Plaintiff

v.

Los Angeles Police Department
11603 Butler Avenue
Los Angeles, CA 90025
Defendant(s).

CASE NUMBER:

2:21-CV-05675-VAP-PVCx

To be supplied by the Clerk of
The United States District Court

I Aaren Williams Striplin am an High Priest in Jerusalem Israel and the United States of America for all Jews all Christians all in emergency all convert to Judaism and Christianity I have Holy All Brothers by God of Torah of Holy B. blue to own an Tabernacle an temporary dwelling of God I am an United States of America citizen an resident I was kidnapped from Caroline Middle school in 1993 by nice living Ston and Jennifer petticles who tortured drugged isolated tortured me raped murdered rest of eleven for ransom in an 5 story house owned by Bush, Eric Holder cccsheriff.org I reported this to FBC SF FBI DC FBI FL FB2 GA FB2 IL FB2 MA 2011 to 2021 He hired LLC out of NCIS and west in ongoing parcel to murder me and decapitate my body inp. may CCTV to steal the Tabernacle of God that include me an John Edgar Hoover - Barron William Trump. High Priest Tiffany Ariana Trump - Help meet Ivanka Trump they let pharoler metropes Las Vegas come to Los Angeles 711 carterville to do much Loran

1. And LLCool J of NCIS teamed up with Jennifer Garner as
2. Alias and TV Cast of Homeland SAW and Castle Along with complete
3. Cast of Criminal Minds BAU and Criminal Minds Suspect Behavior
4. Unit the armrobbed FBI evidence lockers #24 extra space #25 public
5. Storage #23 public storage or Rico Act indictment Assignment on mind
6. losing seen
7. 11285 Santa Monica Blvd Los Angeles California 90025 (310) 479-5632 7/11 Store
8. 11275 Santa Monica Blvd Los Angeles California 90025 (310) 966-1650 Subway restaurant
9. 11279 Santa Monica Blvd Los Angeles California 90025 (phantom lithography nonpaper Hardware Shop
10. 11360 Santa Monica Blvd Los Angeles California 90025 library Branch Palms Rancho
11. 1729 E Charleston Blvd Ste C Las Vegas (702) 272-3572 Metro PCS by Tonya
12. 1 S. Main Street Ste 300-180 Las Vegas, NV 89101 (702)331-1370/store6972@theupsstore.com
13. Ex SNA Space Las Vegas E Charleston Blvd in Vegas Blvd with Jennifer Garner
14. Department of Homeland Security FBI Los Angeles California Building
15. St Johns hospital Santa Monica California with Jennifer Garner
16. Kedren hospital Los Angeles California with Lo Rain and Tom Hanks Danseri goes under
17. Department of Motor Vehicle Santa Monica California kidnapping Ryan CHP
18. Metropolitan police Department Brad Eckert Badge # 5634 ccn #21-007-735
19. West Los Angeles police Department FORA 43683 Andcity 42582 7/12/21 incident 4168
20. West Los Angeles police Department BAIWS #44565 TAlcon#31466 7/2/21 incident 3226
21. West Los Angeles police Department LT Busier #36577 Duron #35211 7/4/21/Thurprole Casino robbed
22. The Straight and narrow path Discovered by my Mom credit it to H.ghpriest Tiffany
23. Ariana Trump The Book of Life Discovered by my self credited to Highpriest Barron Trump
24. And Treasure in Heaven Discovered by myself and sister Accredited To Both
25. Highpriest Tiffany Ariana Trump Andd H.ghpriest Barron william Trump
26. with Help Meet Ivanka Trump protected by John Edgar Hoover FBI
27. Building in Spirit And Truth of God regarding 5 Billion 700 million United
28. States Dollars Casino of Donald J. Trump Taj Mahal casino help robbed By Defendent

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

July 13, 2021   [signature]